TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00543-CV

Dorothy McCartney, Individually, and Southern Exposure Wildlife, LLC, Appellants

v.

William DuBose, Individually, d/b/a DuBose Pipe and Gate Co., Appellee

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 13,513, HONORABLE JOE CARROLL, JUDGE PRESIDING 

PER CURIAM

 Appellants filed a motion to dismiss and attached the parties' compromise settlement
agreement and mutual release. We grant the motion and dismiss the cause.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellants' Motion

Filed: January 28, 1999

Do Not Publish